CENTRAL RAILROAD COMPANY OF NEW JERSEY, APPEL-
LANT, v. THE STATE BOARD OF TAXES AND ASSESS-
MENT AND THE MAYOR AND ALDERMEN OF JERSEY
CITY, RESPONDENTS.

Argued June 27, 1922—Decided November 20, 1922.

On appeal from the Supreme Court.

For the appellant, *Collins & Corbin* and *Robert J. Bain.*

For the respondent, *Thomas J. Brogan* and *Edward P. Stout.*

PER CURIAM.

The judgment under review herein will be affirmed, for the reasons given in the *per curiam* in Pennsylvania Railroad Co. v. State Board of Taxes and Assessment et al., No. 45 of the present term of this court (*post p.* 283).

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, PARKER, BLACK, KATZENBACH, WHITE, WILLIAMS, GARDNER, ACKERSON, JJ.  10.

*For reversal*—None.